Same case below, 583 F.3d 935.

No. 09-1403. Erica P. John Fund, Inc., fka Archdiocese of Milwaukee Supporting Fund, Inc., Petitioner v. Halliburton Co., et al.

562 U.S. 821, 131 S. Ct. 380, 178 L. Ed. 2d 16, 2010 U.S. LEXIS 6182.

October 4, 2010. The Acting Solicitor General is invited to file a brief in this case expressing the views of the United States.

Same case below, 597 F.3d 330.

No. 09-6822. Jason Pepper, Petitioner v. United States.

562 U.S. 821, 131 S. Ct. 380, 178 L. Ed. 2d 16, 2010 U.S. LEXIS 6227.

October 4, 2010. Motion of petitioner for appointment of counsel granted. Alfredo Parrish, Esquire, of Des Moines, Iowa, is appointed to serve as counsel for the petitioner in this case. Motion of petitioner for leave to file volume II of the joint appendix under seal granted. Justice Kagan took no part in the consideration or decision of this motion.